# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00127-CR

**Antonio L. Leslie, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE COUNTY COURT AT LAW OF CORYELL COUNTY
### NO. 16-23685, THE HONORABLE ROGER A. MILLER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On March 4, 2022, appellant Antonio L. Leslie filed a notice of appeal of a judgment of conviction for sexual assault out of Coryell County, Texas, which was entered on December 14, 2016. In a document attached to the notice, Leslie appears to contend that his guilty plea was entered involuntarily or unknowingly.

The criminal appellate jurisdiction vested in this Court by the Texas Constitution and the Code of Criminal Procedure is limited to counties in this Court's appellate district. *See* Tex. Const., art. V, § 6 (providing that courts of appeals "shall have appellate jurisdiction co-extensive with the limits of their respective districts, which shall extend to all cases of which the District Courts or County Courts have original or appellate jurisdiction, under such restrictions and regulations as may be prescribed by law"); Tex. Code Crim. Proc. arts. 4.01 (establishing criminal jurisdiction in criminal actions in courts of appeals), .03 (providing that courts of appeals "shall have appellate jurisdiction coextensive with the limits of their respective districts

in all criminal cases except those in which the death penalty has been assessed"). Coryell County lies outside this Court's district. *See* Tex. Gov't Code § 22.201(d) (listing counties in Third Court's district), (k) (including Coryell County in list of counties in Tenth Court's district). Accordingly, we do not have appellate jurisdiction of this matter. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: April 6, 2022

Do Not Publish